AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

UNITED STATES OF AMERICA
v.
CURTIS BAGWELL

## JUDGMENT IN A CRIMINAL CASE

(For **Revocation** of Probation or Supervised Release)

Case No. 1:23-cr-191-ECM-JTA-4

USM No. 65255-510

Stephen P. Ganter
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) 4 and 7 of the term of supervision.

☑ was found in violation of condition(s) count(s) 1, 2, 3, 5, and 6 after pleading no contest.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant committed another federal, state, or local crime | 03/05/2026 |
| 2 | Defendant committed another federal, state, or local crime | 03/05/2026 |
| 3 | Defendant owned, possessed, or had access to a firearm, ammunition, destructive device, or dangerous weapon | 03/05/2026 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ______ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3184

Defendant's Year of Birth: 1958

City and State of Defendant's Residence:
Montgomery, Alabama

09/02/2026
Date of Imposition of Judgment

/s/ Emily C. Marks
Signature of Judge

Emily C. Marks, United States District Judge
Name and Title of Judge

09/03/2026
Date

DEFENDANT: CURTIS BAGWELL
CASE NUMBER: 1:23-cr-191-ECM-JTA-4

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | Defendant failed to refrain from any unlawful use of a controlled substance | 03/05/2026 |
| 5 | Defendant committed another federal, state, or local crime | 07/15/2026 |
| 6 | Defendant committed another federal, state, or local crime | 07/15/2026 |
| 7 | Defendant failed to refrain from any unlawful use of a controlled substance | 07/15/2026 |

DEFENDANT: CURTIS BAGWELL
CASE NUMBER: 1:23-cr-191-ECM-JTA-4

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

18 Months, with no term of supervised release to follow. The term of supervised release imposed on June 13, 2024, is revoked.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ____________ ☐ a.m. ☐ p.m. on ____________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ____________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on ____________ to ____________

at ____________ with a certified copy of this judgment.

____________
UNITED STATES MARSHAL

By ____________
DEPUTY UNITED STATES MARSHAL